Michael W. Malter, #96533
David B. Rao, #103147
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: Michael@bindermalter.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br>GEORGE EARL WEISEL and<br>ANGELINA CECILIA WEISEL,<br><br>Debtors. | Case No. 09-56955-RLE<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, hereby certify and declare that the following statements are true and correct:

1. I am over the age of eighteen (18) and not a party to the within cause.

2. My business address is 2775 Park Avenue, Santa Clara, California, 95050.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

4. On October 6, 2009, I served a true copy of the documents titled exactly as

CERTIFICATE OF SERVICE VIA FIRST CLASS MAIL                                   PAGE 1

follows:

**FIRST AMENDED CHAPTER 13 PLAN**

by placing a copy thereof in a sealed envelope, affixed with the correct amount of postage thereto, in the United States first-class mail at Santa Clara, California, to the persons listed below:

**See Attached Service List**

Executed on October 6, 2009, at Santa Clara, California.  I certify under penalty of perjury that the foregoing is true and correct.

                    /s/ Cathy Kealiinohomoku
                    Cathy Kealiinohomoku

```
Label Matrix for local noticing          GE Money Bank c/o Recovery Management System    U.S. Bankruptcy Court
0971-5                                   25 SE 2nd Avenue, Suite 1120                    280 South First Street
Case 09-56955                            Miami, FL 33131-1605                            Room 3035
Northern District of California                                                          San Jose, CA 95113-3099
San Jose
Tue Oct  6 14:14:37 PDT 2009

CitiMortgage, Inc.                       Downey Savings                                  GE Money Bank
P.O. Box 6006                            3501 Jamboree Rd.                               c/o Recovery Management Systems Corp.
The Lakes, NV 88901-6006                 Newport Beach, CA 92660-2980                    Attn: Ramesh Singh
                                                                                         25 SE 2nd Avenue, Suite 1120
                                                                                         Miami, FL 33131-1605


James Parivash                           Office of the U.S. Trustee / SJ                 Angelina Cecilia Weisel
c/o Craig Moody                          U.S. Federal Bldg.                              540 MacArthur Avenue
57 Post Street, Suite 502                280 S 1st St. #268                              San Jose, CA 95128-2132
San Francisco, CA 94104-5020             San Jose, CA 95113-3004


Devin Derham-Burk                        George Earl Weisel                              Michael W. Malter
P.O. Box 50013                           540 MacArthur Avenue                            Law Offices of Binder and Malter
San Jose, CA 95150-0013                  San Jose, CA 95128-2132                         2775 Park Ave.
                                                                                         Santa Clara, CA 95050-6004


End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11
```