Michael W. Malter, #96533
David B. Rao, #103147
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: Michael@bindermalter.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5**

| | |
|---|---|
| In re | Case No. 09-56955-RLE |
| GEORGE EARL WEISEL, dba ONE CALL PROPERTY SERVICE and ANGELINA CECILIA WEISEL, | Chapter 13 |
| | DATE: November 19, 2009 |
| | TIME: 2:00 p.m. |
| | ROOM: 3099 |
| Debtors. | |

<u>**CERTIFICATE OF SERVICE BY U.S. CERTIFIED MAIL AND FIRST CLASS MAIL**</u>

I, Nanette Corber, the undersigned, hereby certify and declare that the following statements are true and correct:

1.      I am over the age of eighteen (18) and not a party to the within cause.

2.      My business address is 2775 Park Avenue, Santa Clara, California, 95050.

3.      I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

4.      On October 15, 2009, I served a true copy of the documents titled exactly as

Case: 09-56955    Doc# 19-3    Filed: 10/15/09    Entered: 10/15/09 15:06:08    Page 1 of 2

follows:

      **1.**     **NOTICE OF MOTION TO VALUE COLLATERAL AND AVOID LIEN, AND OF OPPORTUNITY FOR HEARING;**

      **2.**     **MOTION TO VALUE COLLATERAL AND AVOID LIEN;**

      **3.**     **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VALUE COLLATERAL AND AVOID LIEN;** and

      **4.**     **DECLARATION OF GEORGE WEISEL IN SUPPORT OF MOTION TO VALUE COLLATERAL AND AVOID LIEN;**

by placing a copy thereof in a sealed envelope, affixed with the correct amount of postage thereto, in the United States first-class mail and via certified mail at Santa Clara, California, to the persons listed below:

| | |
|---|---|
| Citibank, N.A.<br>Attn: President & Chief Executive Officer<br>3900 Paradise Road, Suite 127<br>Las Vegas, NV 89109<br>(Sent certified mail) | CitiMortgage, Inc.<br>c/o CT Corporation System<br>(Agent for Service of Process)<br>818 West Seventh St.<br>Los Angeles, CA 90017<br>(Sent certified mail) |
| CitiMortgage, Inc.<br>(Agent for Service of Process for Specialized Loan Servicing, LLC)<br>P. O. Box 30509<br>Tampa, FL 33631<br>(Sent certified mail) | Mortgage Electronic Registration Systems, Inc.<br>Attn: President & Chief Executive Officer<br>P. O. Box 2026<br>Flint, MI 48501-2026<br>(Sent certified mail) |
| Mortgage Electronic Registration Systems, Inc.<br>c/o Agent for Service of Process<br>John Brosnan<br>3321 Vincent Road<br>Pleasant Hill, CA 94523<br>(Sent certified mail) | |

      Executed on October 15, 2009, at Santa Clara, California. I certify under penalty of perjury that the foregoing is true and correct.

                          /s/ Nanette Corber
                            Nanette Corber