Michael W. Malter, #96533
David B. Rao, #103147
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: Michael@bindermalter.com

The following constitutes
the order of the court. Signed December 17, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>GEORGE EARL WEISEL, dba ONE CALL PROPERTY SERVICE and ANGELINA CECILIA WEISEL,<br><br>Debtors. | Case No. 09-56955-RLE<br><br>Chapter 13<br><br>Date: December 10, 2009<br>Time: 2:00 p.m.<br>Room: 3099 |

**ORDER AVOIDING LIEN OF CITIMORTGAGE, INC.**
540 Mac Arthur Avenue, San Jose, California 95128)

On December 10, 2009, the court held a hearing on Debtors' motion to value the lien of Citimortgage, Inc., and Mortgage Electronic Registration Systems, Inc., its assignee, (hereinafter collectively referred to as "Lienholder") against the property commonly known as 540 Mac Arthur Avenue, San Jose, California 95128, A.P.N. 277-31-043 and more fully described in Exhibit A hereto, which lien was recorded in Santa Clara County on or about July 9, 2007 as document no: 19499369 (hereinafter the "Lien").

The Court finds that notice of the motion upon Lienholder was proper. Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows:

ORDER AVOIDING LIEN OF CITIMORTGAGE, INC. - Page 1

(1) For purposes of Debtors' Chapter 13 plan only, the Lien is valued at zero, Citimortgage, Inc. does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. Sections 506, 1322(b)(2), and 1327.

(2) This order shall become part of Debtors' confirmed Chapter 13 plan.

(3) Upon plan completion in Debtors' Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' Chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non bankruptcy law, and upon application by the Lienholder, the Court will enter an appropriate form or order restoring the Lien.

(5) Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

****END OF ORDER****

## COURT SERVICE LIST

<u>Attorney for Debtors</u>
Michael W. Malter, Esq.
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050

<u>Debtor</u>
George and Angelina Weisel
540 Mac Arthur Avenue
San Jose, CA 95128

<u>Chapter 13 Trustee</u>
Devin Derham-Burk
Chapter 13 Trustee
P. O. Box 50013
San Jose, CA 95150

<u>Secured Creditors</u>:

Citibank, N.A.
Attn: President & Chief Executive Officer
3900 Paradise Road, Suite 127
Las Vegas, NV 89109

CitiMortgage, Inc.
(Agent for Service of Process for Specialized Loan Servicing, LLC)
P. O. Box 30509
Tampa, FL 33631

Mortgage Electronic Registration Systems, Inc.
c/o Agent for Service of Process
John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

CitiMortgage, Inc.
c/o CT Corporation System
(Agent for Service of Process)
818 West Seventh St.
Los Angeles, CA 90017

Mortgage Electronic Registration Systems, Inc.
Attn: President & Chief Executive Officer
P. O. Box 2026
Flint, MI 48501-2026

ORDER AVOIDING LIEN OF CITIMORTGAGE, INC.                                                            - Page 3

Case: 09-56955    Doc# 26    Filed: 12/17/09    Entered: 12/17/09 14:12:09    Page 3 of 4

# **EXHIBIT "A"**

LEGAL DESCRIPTION:

The land referred to herein is situated in the State of California, County of Santa Clara, in an Unincorporated Area, and is described as follows:

Lot 330, as laid down, designated and delineated upon that certain Map entitled, "Tract No. 228 Bradley Manor-Unit No. 3, a portion of the Los Coches Rancho in Santa Clara County, California", which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on April 23, 1945 in Book 7 of Maps, at pages 52 and 53.

Tax ID: 277-31-043