**Entered on Docket**
**December 28, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed December 23, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| GEORGE EARL WEISEL | Case No. 09-56955 RLE |
| ANGELINA CECILIA WEISEL | **ORDER CONFIRMING PLAN** |
| Debtors | |

The Debtors filed a Plan under Chapter 13 of the Bankruptcy Code on Aug 20, 2009, a copy of which was served on creditors (and an Amended Plan on Oct 06, 2009).  After hearing on notice on Dec 10, 2009, the Court finds that:

1. The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules and procedures including 11 U.S.C. §1325 (b) (1) (A) or (B) if the Trustee or an unsecured creditor timely objected to a plan.

THEREFORE, IT IS ORDERED THAT:

1. The Debtors' Amended Plan filed on Oct 06, 2009 is confirmed.

2. The future income of the Debtors shall be submitted to the supervision and control of DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

/

/

/

Case: 09-56955   Doc# 31   Filed: 12/23/09   Entered: 12/28/09 11:40:43   Page 1 of 3

09-56955 RLE - Order Confirming Plan

3. Any creditor whose claim is entirely disallowed by final non appealable order, and any creditor listed in the Debtors' original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtors or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and Debtors' attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.

4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the Debtors shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $385.67

   no later than the last day of each month, at P O BOX 50013, SAN JOSE, CA 95150-0013.

5. If the Debtors fail to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtors shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan.

*** END OF ORDER ***

Approved as to form and content.

Dated: Dec 22, 2009        /s/ DEVIN DERHAM-BURK
                           Chapter 13 Standing Trustee

## COURT SERVICE LIST

Case Name:  GEORGE EARL WEISEL                                    Case No.:  09-56955 RLE
            ANGELINA CECILIA WEISEL

GEORGE EARL WEISEL
ANGELINA CECILIA WEISEL
540 MACARTHUR AVE
SAN JOSE, CA  95128

BINDER & MALTER LLP
P O BOX 28461
SAN JOSE, CA  95159-8461