DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 Case No. 09-56955 SLJ |
| | ) |
| GEORGE EARL WEISEL | ) **NOTICE OF PLAN COMPLETION** |
| | ) **AND REQUEST FOR NOTICE OF** |
| ANGELINA CECILIA WEISEL | ) **CHAPTER 13 CASE CLOSED** |
| | ) **WITHOUT DISCHARGE BY** |
| _____Debtors_____ | ) **TRUSTEE** |

1.  The confirmed Chapter 13 Plan in this case has been completed and all plan payments to

be made to the Trustee and/or otherwise provided for under the plan have been made.

2.  **ANGELINA CECILIA WEISEL**    is not entitled to receive a discharge in this case

because the following requirements for a discharge in 11 U.S.C. §1328 were not met:

  X    The debtor received a discharge in a prior case within the time periods specified in

11 U.S.C. §13287(f) and is not entitled to a discharge in this case.

____  The debtor has not paid all domestic support obligations as that term is defined in 11

U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. 11

U.S.C. §1328(a).

_____ The debtor did not complete an instructional course concerning personal financial management described in 11 U.S.C. §111 *or* did not file a statement regarding completion of the course prior to making the last plan payment. 11 U.S.C. §1328(g); Fed. R. Bankr. P. 1007(b)(7) and (c)

_____ No statement as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B) has been filed with the court. 11 U.S.C. $1328(h); Fed. R. Bankr. P. 1007(b)(8) and (c), 4004(c)(3).

_____ Other:


**THEREFORE, THE TRUSTEE REQUESTS THAT THE COURT ISSUE A NOTICE THAT THE ABOVE-CAPTIONED CASE HAS BEEN CLOSED WITHOUT A DISCHARGE.**




Dated: July 14, 2011       /s/ DEVIN DERHAM-BURK
                                 Chapter 13 Standing Trustee

09-56955 SLJ -Notice of Plan Completion and Request for Notice of Chapter 13 Case Closed Without Discharge by Trustee