
Entered on Docket
July 26, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 26, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| GEORGE EARL WEISEL | ) | Case No. 09-56955 SLJ |
| ANGELINA CECILIA WEISEL | ) | |
| Debtors | ) | |

**FINAL DECREE**

The estate of the above named Debtors has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtors and the bond is canceled.

\* \* \*  END OF ORDER  \* \* \*