Form NOD13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: George Earl Weisel and Angelina Cecilia Weisel | Case No.: 09−56955<br>Judge Init: SLJ<br>Chapter: 13 |
| Alias:<br>One Call Property Service<br>New England Glass<br>West Coast Remedy<br>   Debtor(s) | |

## NOTICE OF CHAPTER 13 CASE CLOSED
## WITHOUT DISCHARGE

The Court, having determined that the debtor George Earl Weisel has not met the requirements for discharge under 11 U.S.C. §1328 which are noted below, hereby issues notice that the above−captioned case with respect to the above named debtor has been closed without discharge.

- [x] The debtor received a discharge in a prior case within the time periods specified in 11 U.S.C. §1328 (f) and is not entitled to a discharge in this case.

- [ ] The debtor has not paid all domestic support obligations as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. 11 U.S.C. §1328(a)

- [ ] The debtor did not complete an instructional course concerning personal financial management described in 11 U.S.C. §111 or did not file a statement regarding completion of the course prior to making the last plan payment. 11 U.S.C. §1328(g); Interim Bankr. R. 1007(b)(7) and (c)

- [ ] No statement as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in 11 U.S.C. §522 (q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B) has been filed with the Court. 11 U.S.C. §1328(h); Interim Bankr. R. 1007, 4004.

- [ ] Other:

Dated: 7/26/11

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                           Case No. 09-56955-SLJ
George Earl Weisel                                               Chapter 13
Angelina Cecilia Weisel
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0971-5         User: clcaban              Page 1 of 1           Date Rcvd: Jul 26, 2011
                             Form ID: NOD13             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2011.
db/jdb       +George Earl Weisel,   Angelina Cecilia Weisel,   540 MacArthur Avenue,   San Jose, CA 95128-2132
smg           CA Franchise Tax Board,   Attn: Special Procedures,   P.O. Box 2952,   Sacramento, CA 95812-2952
smg           Secretary of The Treasury,   15th and Pennsylvania Ave. NW,   Washington, DC 20220-0001
smg          +State Board of Equalization,   Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,
               Sacramento, CA 94279-0001
10730001     +CITIMORTGAGE, INC,   PO BOX 140609,   IRVING, TX 75014-0609
10256830      CitiMortgage, Inc.,   P.O. Box 6006,   The Lakes, NV 88901-6006
10256832     +James Parivash,   c/o Craig Moody,   57 Post Street, Suite 502,   San Francisco, CA 94104-5020
10469720     +U.S. Bank, NA,   7720 N 16th Street, Ste 300,   Phoenix, AZ 85020-7404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: itcdbg@edd.ca.gov Jul 27 2011 01:24:33      CA Employment Development Dept.,
               Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA 94280-0001
reqntc        E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 01:32:11      GE Money Bank,
               c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10348093      E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 01:41:27      GE Money Bank,
               c/o Recovery Management Systems Corp.,   Attn: Ramesh Singh,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10256831     ##+Downey Savings,   3501 Jamboree Rd.,   Newport Beach, CA 92660-2939
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2011**                    **Signature:** *Joseph Speetjens*