Entered on Docket
July 26, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed July 26, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                          )      Chapter 13
                                                )
GEORGE EARL WEISEL                              )      Case No. 09-56955 SLJ
                                                )
ANGELINA CECILIA WEISEL                         )
                     Debtors                  )

### FINAL DECREE

The estate of the above named Debtors has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtors and the bond is canceled.

*** END OF ORDER ***

09-56955 SLJ - Final Decree

```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 09-56955-SLJ
George Earl Weisel                                                  Chapter 13
Angelina Cecilia Weisel
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0971-5          User: clcaban               Page 1 of 1                  Date Rcvd: Jul 26, 2011
                              Form ID: pdfeo              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2011.
db/jdb        +George Earl Weisel,   Angelina Cecilia Weisel,   540 MacArthur Avenue,   San Jose, CA 95128-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2011**                    Signature:    *Joseph Speetjens*