```
1   LAW OFFICE OF WILLIAM J. HEALY
    WILLIAM J. HEALY, #146158
2   748 Holbrook Pl                    The following constitutes the order of the Court.
    Sunnyvale, CA 94087                Signed: April 28, 2021
3   Telephone:  (408) 373-4680

4   ATTORNEYS FOR
    Ron Ice, Successor to
5   George Earl Weisel and Angelina Cecilia
```

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>George Earl Weisel and Angelina Cecilia Weisel,<br><br>Debtors. | Case No. 09-56955<br><br>CHAPTER 13<br><br>**ORDER GRANTING EX PARTE APPLICATION TO REOPEN CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §350 AND FRBP 5010** |

The Court, having read and considered the EX PARTE APPLICATION TO REOPEN CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §350 and Federal Rules of Bankruptcy Procedure ("FRBP) 5010 ("Application") of Ron Ice ("Applicant" or "Movant"), Successor to George Earl Weisel and Angelina Cecilia Weisel ("Debtors"), and having found good cause, does hereby grant the Application and therefore

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The Application is granted; and

2. Debtors' Chapter 13 Bankruptcy Case is reopened pursuant to 11 U.S.C. 350 (b) so Applicant, as successor to the Debtors (now deceased), may move this court for a Final Order On Valuation of Collateral Under §506 and FRBP 3012 and file an adversary proceeding for violations of 11 U.S.C. 524 (a), violations of 11 U.S.C. 506, 1322(b)(2), and 1327, et al as indicated in the Application.

***End of Order***

**COURT SERVICE LIST**

All ECF Recipients