1 LAW OFFICE OF WILLIAM J. HEALY
  WILLIAM J. HEALY, #146158
2 748 Holbrook Pl
  Sunnyvale, CA 94087
3 Telephone: (408) 373-4680

4 ATTORNEYS FOR
  Ron Ice, Successor to
5 George Earl Weisel and Angelina Cecilia

The following constitutes the order of the Court.
Signed: May 10, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>George Earl Weisel and Angelina Cecilia Weisel,<br><br>Debtors. | Case No. 09-56955<br><br>CHAPTER 13 |

**FINAL ORDER ON VALUATION OF COLLATERAL OF CITIMORTGAGE, INC. UNDER § 506 AND FRBP 3012**
(540 Mac Arthur Avenue, San Jose, California 95128)

On December 17, 2009 this court entered an ORDER AVOIDING LIEN OF CITIMORTGAGE, INC. UNDER § 506 AND FRBP 3012 (Doc#26). The collateral secures a lien against certain property of the Debtors for purposes of this Chapter 13 case. That order was subject to being set aside until the Debtors completed plan payments in this Chapter 13 case. The Debtors having completed plan payments, the court now therefore enters the following final order.

The lien of CitiMortgage, Inc. regarding the property commonly known as 540 Mac Arthur Avenue, San Jose, California 95128 and more fully described in Exhibit A hereto, and which was recorded in Santa Clara County on or on or about July 9, 2007 as document no: 19499369 (hereinafter the "Lien"), is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

***End of Order***

**COURT SERVICE LIST**

All ECF Recipients

**EXHIBIT "A"**

LEGAL DESCRIPTION:
The land referred to herein is situated in the State of California, County of Santa Clara, in an Unincorporated Area, and is described as follows:

Lot 330, as laid down, designated and delineated upon that certain Map entitled, "Tract No. 228 Bradley Manor-Unit No. 3, a portion of the Los Coches Rancho in Santa Clara County, California", which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on April 23, 1945 in Book 7 of Maps, at pages 52 and 53.

Tax ID: 277-31-043